# EXHIBIT "A-2"

# Case Information

DC-17-12948 | CapLOC, LLC vs. American Southwest Mortgage Corp, et al

Case Number
DC-17-12948

Court
134th District Court

Judicial Officer
TILLERY, DALE

File Date
09/20/2017

Case Type
OTHER (CIVIL)

Case Status
OPEN

# Party

PLAINTIFF
CapLOC, LLC

Address
c/o Condon Tobin Sladek Thornton PLLC
8080 Park Lane, Suite 700
Dallas TX 75231

Active Attorneys

Lead Attorney
TOBIN, AARON Z
Retained

Work Phone
214-265-3851

Fax Phone
214-691-6311

DEFENDANT
American Southwest Mortgage Corp

Aliases
*FKA* AMERICAN CAPITAL MORTGAGE COMPANY INC
Address
By Serving Registered Agent Dennis P. Schwartz
1446 Heritage Dr.
McKinney TX 75069

DEFENDANT
American Southwest Mortgage Funding Corp.

Address
By Serving Registered Agent InCorp. Services, Inc.
815 Brazoz St., Ste. 500
Austin TX 78701

DEFENDANT
Citizens State Bank

Address
By Serving Registered Agent Willam Tucker
500 N. Central Expressway
Plano TX 75074

DEFENDANT
Spiritbank

Address
4815 S. Harvard, Ste. 100
Tulsa OK 74135

# Events and Hearings

- 09/20/2017 NEW CASE FILED (OCA) - CIVIL
- 09/20/2017 ORIGINAL PETITION

View Document CapLOC Orignal Petition - 09-20-17.pdf

- 09/20/2017 CASE FILING COVER SHEET

View Document CapLOC Civil Coversheet 09-20-17.pdf

- 09/21/2017 REQUEST FOR SERVICE

View Document CP ltr to Clerk - request citation (CapLOC) - 09-21-17.pdf

Comment
NEEDS TO PAY ADDITIONA $4 FOR SOS CIT

- 09/21/2017 ISSUE CITATION
- 09/21/2017 ISSUE CITATION COMM OF INS OR SOS
- 09/26/2017 CORRESPONDENCE - LETTER TO FILE

View Document LETTER

- 09/28/2017 NOTICE OF DISMISSAL FOR WANT OF PROSECUTION

View Document DC-17-12948 NDWOP.pdf

- 09/29/2017 CITATION ISSUED

View Document DC-17-12948-1.pdf

View Document DC-17-12948-2.pdf

View Document DC-17-12948-3.pdf

View Document DC-17-12948SOSCIT.pdf

- 09/29/2017 CITATION

Anticipated Server
ESERVE

Anticipated Method

Actual Server
OUT OF COUNTY

Returned
10/13/2017

Anticipated Server
ESERVE

Anticipated Method

Actual Server
OUT OF COUNTY

Returned
10/03/2017

Anticipated Server
ESERVE

Anticipated Method

Actual Server
OUT OF COUNTY

Returned
10/13/2017

- 09/29/2017 CITATION SOS/COI/COH/HAG

Anticipated Server
ESERVE

Anticipated Method

- 10/03/2017 RETURN OF SERVICE

  View Document AMERICAN SOUTHWEST MORTGAGE FUNDING

  Comment
  CIT EXEC 9/29/17 TO AMERICAN SOUTHWEST MORTGAGE FUNDING CORP

- 10/13/2017 RETURN OF SERVICE

  View Document CIT EXEC 10/10/2017 AMERICAN SOUTHWEST MORTGAGE CORP

  Comment
  CIT EXEC 10/10/2017 AMERICAN SOUTHWEST MORTGAGE CORP

- 10/13/2017 RETURN OF SERVICE

  View Document CITIZENS

  Comment
  CIT EXEC 10/9/17 TO CITIZENS STATE BANK

- 

  12/27/2017 DISMISSAL FOR WANT OF PROSECUTION

  Judicial Officer
  TILLERY, DALE

  Hearing Time
  10:00 AM

# Financial

CapLOC, LLC

Total Financial Assessment
$328.00
Total Payments and Credits

$328.00

| | | | |
|---|---|---|---|
| | | | |

9/21/2017 Transaction Assessment — $292.00
9/21/2017 CREDIT CARD - TEXFILE (DC)Receipt # 61683-2017-DCLK CapLOC, LLC ($292.00)
9/25/2017 Transaction Assessment — $32.00
9/25/2017 CREDIT CARD - TEXFILE (DC)Receipt # 62530-2017-DCLK CapLOC, LLC ($32.00)
9/27/2017 Transaction Assessment — $4.00
9/27/2017 CREDIT CARD - TEXFILE (DC)Receipt # 63337-2017-DCLK CapLOC, LLC ($4.00)

# Documents

View Document CapLOC Orignal Petition - 09-20-17.pdf

View Document CapLOC Civil Coversheet 09-20-17.pdf

View Document CP ltr to Clerk - request citation (CapLOC) - 09-21-17.pdf

View Document LETTER

View Document DC-17-12948 NDWOP.pdf

View Document DC-17-12948-1.pdf

View Document DC-17-12948-2.pdf

View Document DC-17-12948-3.pdf

View Document DC-17-12948SOSCIT.pdf

View Document AMERICAN SOUTHWEST MORTGAGE FUNDING

View Document CIT EXEC 10/10/2017 AMERICAN SOUTHWEST MORTGAGE CORP

View Document CITIZENS